UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00403-IM |
| v. | INDICTMENT |
| DRIFT SANDAL WOOD, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | Forfeiture Allegations |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Possession with Intent to Distribute Methamphetamine)
(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))

On or about September 17, 2025, in the District of Oregon, defendant **DRIFT SANDAL WOOD** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. The Grand Jury further alleges that the violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

/ / /

/ / /

/ / /

## COUNT 2
### (Carrying a Firearm During and In Relation to a Drug Trafficking Offense)
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about September 17, 2025, in the District of Oregon, defendant **DRIFT SANDAL WOOD** unlawfully and knowingly carried firearm(s), that is: a Glock 17 9 mm handgun, a SKYY CPX-1 9mm handgun, and a Sig Sauer P238 handgun; during and in relation to a drug trafficking crime that may be charged in a court of the United States, namely the offense charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FIRST FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this indictment, defendant **DRIFT SANDAL WOOD** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged the offense set forth in Count One of this Indictment, including without limitation:

- a Glock 17 9 mm handgun,
- a SKYY CPX-1 9mm handgun,
- a Sig Sauer P238 handgun,
- All associated magazines and ammunition,
- $2,810 U.S. Currency.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count Two of this indictment, defendant **DRIFT SANDAL WOOD** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28

U.S.C. § 2461(c), the firearm(s) and ammunition involved in the offense(s), including without limitation:

- a Glock 17 9 mm handgun,
- a SKYY CPX-1 9mm handgun,
- a Sig Sauer P238 handgun,
- All associated magazines and ammunition.

Dated: October 7, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney